# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 03-80504 |
| Plaintiff, | HONORABLE ARTHUR J. TARNOW |
| v | SENIOR UNITED STATES DISTRICT JUDGE |
| KYLE E. DRESBACH, | |
| Defendant. | |

### ORDER PERMITTING DEFENDANT TO APPEAR VIA VIDEO TELE-CONFERENCE

Before the Court is Defendant's Motion For a Reduction in Sentence [313].

The Court's April 8, 2011 [321] order permits Defendant to appear by telephone for the May 17, 2011 hearing. The Court has been advised that equipment is available that would permit Defendant to appear via video tele-conference for the hearing.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant may appear for the May 17, 2011 hearing via video tele-conference.

**SO ORDERED**.


Dated: April 22, 2011         S/ARTHUR J. TARNOW
                              ARTHUR J. TARNOW
                              SENIOR UNITED STATES DISTRICT
                              JUDGE